THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING L. GELDER et al., Appellants, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents. [108–110 E. 86th St., Borough of Manhattan.] — Order unanimously modified by further reducing the assessment for the year under review to the following:

| Land | Building | Total |
|---|---|---|
| $115,000 | $135,000 | $250,000 |

and as so modified affirmed, with $20 costs and disbursements to the appellants.

Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD T. BELDE-GREEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ.